UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RENEE CHARLENE LYONS<br><br>      Plaintiff(s),<br><br>    v.<br><br>OFFICER TRACI REBIEJO<br><br>      Defendant(s).<br>_____/ | No. C-12-04580 JCS (EDL)<br><br>NOTICE OF CONTINUANCE<br><u>OF SETTLEMENT CONFERENCE</u> |

TO ALL PARTIES AND COUNSEL OF RECORD:

You are hereby notified that the conference scheduled for February 14, 2013 in Courtroom E, 15th Floor, 450 Golden Gate Avenue, San Francisco, California 94102 has been continued until February 22, 2013, at 11:00 a.m..

Settlement Conference statements, if not previously submitted, are due February 12, 2013. All other provisions of the Court's prior Notice of Settlement Conference and Settlement Conference Order remain in effect.

The parties shall notify Magistrate Judge Laporte's chambers immediately if this case settles prior to the date set for settlement conference.

Dated: January 17, 2013

_____
ELIZABETH D. LAPORTE
United States Magistrate Judge