**John J. Pomidor, SBN 104792**
City Attorney
jjpomidor@cityoflivermore.net
**E. Kevin Young, SBN 179128**
Assistant City Attorney
keyoung@cityoflivermore.net
**CITY OF LIVERMORE**
1052 S. Livermore Avenue
Livermore, California 94550
Telephone: (925) 960-4150
Facsimile:  (925) 960-4180

Attorneys for Officer Rebiejo, Officer Utpadel, Chief Sweeney,
And the City of Livermore

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RENEE CHARLENE LYONS,<br><br>Plaintiff,<br><br>v.<br><br>OFFICER TRACI REBIEJO, et al.,<br><br>Defendants. | Case No.  C12-4580 JCS<br><br>JOINT STIPULATION OF DISMISSAL WITHOUT PREJUDICE<br><br>Assigned to the Hon. Joseph C. Spero |

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the parties herby jointly stipulate to dismiss Officer Kevin Utpadel from this matter with the authority of their respective clients, stipulate as follows:

**RECITAL:**

1. On August 31, 2012, the plaintiff filed a Complaint for Damages against the City of Livermore, Livermore Police Department, Officer Tracy Rebiejo, Officer Kevin Utpadel and Chief of Police Steve Sweeney in the United States District Court for the Northern District of California with jurisdiction based upon alleged violation of Civil Rights in accordance with 42 U.S.C. § § 1983, 1988 and California Common Law.

2. On October 23, 2012, defendants, each and every one of them, filed an Answer denying each and every allegation contained in the Complaint.

3. On January 31, 2012, plaintiff's counsel served a Notice of Deposition of Officer Kevin Utpadel with Request for Production of Documents, in accordance with Federal Rules of Civil Procedure, §§ 30(b)(2) and 34(b)(2)(A).

4. On February 8, 2013, plaintiff's counsel deposed Officer Kevin Utpdael in the City and County of San Francisco at Mills Law Library, 220 Montgomery, 1st Floor, San Francisco, California.

5. Plaintiff's and the defendant's counsel have met and conferred regarding the posture of the case, and have agreed to dismiss those claims against Officer Kevin Utpadel without prejudice.

6. All parties will bear their own costs and fees in regards to all action against Officer Kevin Utpadel.

7. All request for production of documents as well as any other discovery related to Officer Kevin Utpadel being named in this case is hereby dismissed, and Officer Kevin Utpadel is no longer expected to provide any additional discovery in this case.

8. The respective attorneys, by their signature below, represent and warrant that they have the consent of their respective clients, have discussed the Joint Stipulation of Dismissal Without Prejudice with them and have the authority to bind their respective clients.

Date: 2/12/2013

Dated: 2/21/13

IT IS SO ORDERED
Judge Joseph C. Spero

Date: 2-19-2013

E. Kevin Young
Assistant City Attorney
1052 South Livermore Avenue
Livermore, CA  94550
KeYoung@cityoflivermore.net
(925) 960-4159

Alexander J. Petale
Attorney for Plaintiff, Renee Charlene Lyons

Answer
C12-4580 JCS

Page 2