UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RENEE CHARLENE LYONS,<br><br>    Plaintiff,<br><br>    v.<br><br>TRACI REBIEJO, et al.,<br><br>    Defendants. | Case No. 12-cv-04580-JCS<br><br>**WITHDRAWING REFERRAL TO MAGISTRATE JUDGE ELIZABETH D. LAPORTE AND REFERRAL TO AN ALTERNATIVE MAGISTRATE JUDGE FOR SETTLEMENT CONFERENCE** |

Due to the unavailability of Magistrate Judge Elizabeth D. Laporte, the referral to Magistrate Judge Laporte to conduct a settlement conference is withdrawn, and an alternative magistrate judge shall be assigned to conduct a settlement conference within sixty (60) days, or at the convenience of that magistrate judge's calendar. Counsel will be contacted by the newly assigned magistrate judge's chambers with a date and time for the settlement conference.

IT IS SO ORDERED.

Dated: February 25, 2013

_____
Joseph C. Spero
United States Magistrate Judge